Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
         tlewis@swlaw.com
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRVING PISTINER and MARTA PISTINER; <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION; <br><br> Defendants. | Case No. 2:18-cv-00196 <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiffs Irving Pistiner and Marta Pistiner ("Plaintiffs"), through their attorney, Mitchell D. Gliner, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **March 16, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

DATED this 16th day of February, 2018.

| LAW OFFICES OF MITCHELL D. GLINER | SNELL & WILMER L.L.P. |
|---|---|
| By: _/s/ Mitchell D. Gliner_<br>Mitchell D. Gliner (NV Bar No. 3419)<br>3017 W. Charleston Blvd., #95<br>Las Vegas, NV 89102<br> *(signed with permission)*<br><br>*Attorneys for Plaintiffs Irving Pistiner and Marta Pistiner* | By: _/s/ Tanya N. Lewis_<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

# ORDER

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before March 16, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED February ____23____, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Tanya N. Lewis_
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
_Attorneys for Defendant_
_Wells Fargo Bank, N.A._

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this date, I electronically filed the foregoing with the Clerk of

3 Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.

4 Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

5          DATED: February 16, 2018

6

                                      */s/     Nissa Riley*
7                                      An Employee of SNELL & WILMER L.L.P.

4815-1435-4269

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28