Mitchell D. Gliner, Esq.
Nevada Bar 3419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IRVING PISTINER and )
MARTA PISTINER )
)
Plaintiffs, )
) No. 2:18-cv-00196-JCM-CWH
vs. )
)
WELLS FARGO BANK, )
NATIONAL ASSOCIATION )
)
Defendant. )
_____)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | SNELL & WILMER, L.L.P. |
| /s/ Mitchell Gliner | /s/ Tanya Lewis |
| MITCHELL D. GLINER, ESQ. | KELLY H. DOVE, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 010569 |
| 3017 W. Charleston Blvd. # 95 | TANYA N. LEWIS, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 008855 |
| Attorney for Plaintiff | 3883 Howard Hughes Pkwy., # 1100 |
| | Las Vegas, Nevada 89169 |
| | Attorneys for Defendant |

IT IS SO ORDERED September 6, 2018.

_____
UNITED STATES DISTRICT JUDGE